```
MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN 300642
Special Assistant United States Attorney
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4862
        Facsimile: (415) 744-0134
        Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNMARIE RAMISCAL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 2:24-cv-02711-CSK<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, and issue a new decision as to the closed

period from Plaintiff's supplemental security income application filing date through her established disability onset date.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 14, 2025        LAW OFFICES OF FRANCESCO BENAVIDES

*s/ Francesco Benavides* *
FRANCESCO BENAVIDES
Attorney for Plaintiff
(*as authorized via e-mail)

Dated: February 14, 2025        MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office Of Program Litigation, Office 7

*s/ Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant United States Attorney
Attorney for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  February 19, 2025

THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5,rami.2711.24